UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONATO T. BENTAJADO, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　　Defendants. | Case No.: C 09-1966 PVT<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

　　　On May 5, 2009, Plaintiffs filed an application for a temporary restraining order and preliminary injunction. Plaintiff's counsel was advised that, absent written consent of all parties to Magistrate Judge jurisdiction, Magistrate Judges do not have authority to hear motions for injunctive relief. *See* 28 U.S.C. § 636(c)(1). As of the date of this order, no party has filed a consent to Magistrate Judge jurisdiction. Based on the time sensitivity of applications for temporary restraining orders, and the file herein,

　　　IT IS HEREBY ORDERED that this case be reassigned to a District Judge, without prejudice to the case being reassigned back to a Magistrate Judge in the event all parties later consent to Magistrate Judge jurisdiction.

Dated: *5/8/09*

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Patricia V. Trumbull*
　　　　　　　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER, *page 1*