```
RONALD V. UY, SBN 177157
Law Offices of Ronald V. Uy
1212 Broadway, Ste. 820
Oakland, CA 94612
Tel.:(510)835-3730
Fax :(510)835-3731

Attorney for Plaintiffs
```

**IT IS SO ORDERED**
*Judge James Ware*
7/27/2009

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONATO T. BENTAJADO AND AZUCENA E. BENTAJADO<br><br>Plaintiff(s),<br><br>v.<br><br>WELLS FARGO BANK, N.A.; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES; and FIRST AMERICAN TITLE INS CO.<br>Defendant(s). | CASE NUMBER<br><br>5:09-cv-01966-JW<br><br><br>NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

07/23/2009
Date

*Signature of Attorney/Party*

NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

CV-9 (07/01)   NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)

# CERTIFICATION OF SERVICE

I, Ronald V. Uy, declare:

I am over the age of 18 years, working in Oakland, Alameda County, State of California, and not a party to the action described in the attached documents. My business address is 1212 Broadway, Suite 820, Oakland, California 94612.

On July 23, 2009 at approximately 7:15 PM, I served the within documents described as: NOTICE OF DISMISSAL PURSUANT TO RULE 41 (A)(1).

Electronically via facsimile:

Jason M. Julian
Severson & Werson
Attorneys for Defendant Wells Fargo Bank, N.A.
One Embarcadero Center, 26th Floor
San Francisco, CA 94111
Fax: (415) 956-0439
Email – jmj@severson.com

Glenn Harlan Wechsler
Law Offices of Glenn H. Wechsler
Attorney for Def. First American Loanstar Trustee Services
1390 South Main St., Suite 308
Walnut Creek, CA 94596
Fax 925-274-0200
Email – glenn@glennwechsler.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 23rd day of July 2009, in Oakland, California.

Ronald V. Uy, Esq.
Attorney for Plaintiffs